**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Stephanie Rose Bennett Harnish and Stephen David
Scarlott, Jr., Defendants,

Of whom Stephanie Rose Bennett Harnish is the
Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000088

Appeal From Horry County
Salley Huggins McIntyre, Family Court Judge

Unpublished Opinion No. 2017-UP-292
Submitted June 13, 2017 – Filed July 10, 2017

**AFFIRMED**

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Kenneth Shelton Corbett, of Kenneth S. Corbett, PA, of
Myrtle Beach, as Appellant's Guardian ad Litem.

Ernest Joseph Jarrett, of Jenkinson Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Ryan Stampfle, of Stampfle Law Firm, LLC, of Myrtle Beach, for the minor's Guardian ad Litem.

---

**PER CURIAM:**  Stephanie Rose Bennett Harnish appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Harnish's counsel.

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.